# In the United States Court of Federal Claims

No. 15-1047C
(Filed: July 27, 2016)

* * * * * * * * * * * * * * * *

PACE BROWN,

      *Plaintiff*,

v.

THE UNITED STATES,

      *Defendant.*

* * * * * * * * * * * * * * * *

## ORDER

For good cause shown, the parties' joint motion for dismissal pursuant to rule 41 is granted. The Clerk of Court is directed to dismiss the complaint with prejudice and to enter judgment accordingly. No costs.

                                                          s/Eric G. Bruggink
                                                          ERIC G. BRUGGINK
                                                          Judge